Receipt: 066938

RECEIVED
OVER THE COUNTER
AUG 2 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Jeffrey B. King, Scott A. Austin, Kevin J. Harris, John J. Hays, et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Sandra Mazliah

Firm Name: Passman & Kaplan, P.C.

Post Office Box:

Street Address: 1090 Vermont Avenue, NW, Suite 500

City-State-Zip: Washington, District of Columbia 20005

Telephone & Facsimile Numbers: T: (202) 789-0100 ext. 109; F: (202) 789-0101

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 0
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O J
See attached sheet for three-digit codes.

Amount Claimed: $ unknown; $5,000,000.00 plus
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 0.00
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| **JEFFREY B. KING, SCOTT A. AUSTIN, KEVIN J. HARRIS, and JOHN J. HAYS,** for themselves and on behalf of all others similarly situated, | |
| **PLAINTIFFS** | **Case No.** ______________ |
| **v.** | |
| **UNITED STATES OF AMERICA,** | |
| **DEFENDANT** | |

## ATTACHMENT TO COVER SHEET

Pursuant to RCFC 20(a), an alphabetized, numbered list of all plaintiffs follows:

1. Austin, Scott A.
2. Harris, Kevin J.
3. Hays, John J.
4. King, Jeffrey B.