IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY B. KING, SCOTT A. AUSTEN, KEVIN J. HARRIS, AND JOHN J. HAYS, | ) | |
| Plaintiffs, | ) | No. 07-589C |
| | ) | (Judge Hewitt) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including October 31, 2007, to file a response to the complaint. Our response is currently due on October 1, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiffs' counsel about this enlargement of time. Plaintiffs' counsel stated that plaintiffs do not oppose this enlargement.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Federal Bureau of Investigations, as required by 28 U.S.C. § 520. Counsel for the agency has represented that he requires additional time to conduct his investigation into this matter to complete the litigation report. Furthermore, the additional time will allow counsel of record to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 30 days, to and including October 31, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

September 25 , 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 25th day of September, 2007, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore