# EXHIBIT 2

# DELEGATION OF AUTHORITY

**FROM:** **The Administrator of General Services**

**TO:** **The Attorney General**

1. <u>Authority</u>: Under Section 205(d) of the Federal Property and Administrative Services Act of 1949, as amended, the Administrator of General Services hereby delegates and authorizes successive redelegations of authority identified herein within stated limitations to the Attorney General, as head of the Department of Justice.

2. <u>Authorities Delegated</u>: Authorities vested in the Administrator by the Act of June 1, 1948, 62 Stat. 281, Sections 1 through 4, as amended; and the Federal Property and Administrative Services Act of 1949, as amended, to perform functions with respect of the protection of the buildings and grounds occupied by the Department of Justice at the Federal Bureau of Investigation (FBI) facility housing the Criminal Justice Information Services (CJIS) Division in Clarksburg, WV, are hereby delegated without limitation except as specified herein or required by law, Executive Order, or regulation promulgated pursuant to law. Unless modified, waived or superseded by provisions contained in this delegation, all provisions contained in Public Laws and in the Federal Property Management Regulations, Subchapter D, as amended, applying to the General Services Administration (GSA) and pertaining to the protection of buildings and grounds under the authority and control of GSA, apply to the Department of Justice.

3. <u>Protection Responsibilities and Limitations</u>:

   A. Consistent with the existing authorities, the Department of Justice will provide mobile patrols, fixed posts, responses to incidents and requests for assistance, and preliminary investigations of criminal activities occurring within the FBI facility housing the CJIS Division in Clarksburg, WV. Any investigations should be coordinated with the Department of Justice's Inspector General, Office of Professional Responsibility, and/or other designated law enforcement and security personnel. Such information may be shared in accordance with applicable Federal statutes.

B. All criminal incidents, or other incidents of a serious nature resulting in personal injury, occurring within the delegated building(s) must be reported to GSA. GSA reserves the right to investigate any fire or accident on the premises.

C. Building admittance and access requirements and procedures will be established by the Department of Justice.

D. In the event of an emergency situation (e.g., civil disorder, demonstrations, riots) where capability exists, and upon request by the Department of Justice, GSA may provide Federal Protective Officers to augment existing Department of Justice personnel.

4. Disputes: Except as otherwise provided in this delegation, any dispute concerning a question of fact arising under this delegation which is not disposed of by agreement shall be decided by the Administrator of General Services. The decision of the Administrator on such appeals shall be final. Pending final decision of dispute hereunder, the Department of Justice shall proceed diligently with the performance of this delegation.

5. Termination: Any or all responsibilities delegated may be terminated by the Administrator of General Services or the Attorney General upon 120 days' notice, if it is determined that such action is in the best interest of the Government.

6. Evaluation: Effectiveness of the delegation of protection activities will be evaluated on a continuing basis. The evaluation will include random, on-site inspections and meetings with Department of Justice officials. The results of this evaluation will be provided to the Department of Justice for comment prior to final issuance. The Department of Justice will be given at least 30 days to submit comments for incorporation in the final evaluation report. The Department of Justice is encouraged to conduct periodic internal assessments of its protection program and to provide an information copy to GSA.

7. Effective Date: This delegation shall be effective immediately after being signed by both parties, and shall remain in effect through September 30 of the fifth full fiscal year from the effective date unless terminated under the provisions of paragraph 6.

Dennis J. Fischer
Acting Administrator

4/12/93
Date

Janet Reno
Attorney General

7/7/93
Date