# EXHIBIT 3

UNITED STATES DEPARTMENT OF JUSTICE
OFFICIAL FILE COPY

ORIGINATOR
OFFICE SYMBOL JBS
SURNAME Mantiply
DATE 4-12-95

CONCURRENCES
OFFICE SYMBOL JBS
SURNAME
DATE 4/12/95
OFFICE SYMBOL B1
SURNAME P. O'Hanlon
DATE 4-17-95

MEMORANDUM FOR LOUIS J. FREEH
DIRECTOR
FEDERAL BUREAU OF INVESTIGATION

FROM: Stephen R. Colgate
Assistant Attorney General
for Administration

SUBJECT: Redelegation of Authority

In accordance with the current Administration's initiatives to streamline the Government, the Department is in the process of cancelling various orders in an effort to reduce regulations by 50 percent. This will include cancellation of the attached DOJ Order 2410.1A, Redelegation of Authority to Operate and Maintain the J. Edgar Hoover Building.

The purpose of this memorandum is to redelegate to you the authority previously granted in the aforementioned order. This authority is redelegated to you pursuant to the authority delegated to me by 28 CFR 0.79 and is exercised in accordance with the Delegation of Authority Agreement, which is attached for your review. Furthermore, you may redelegate this authority to any officer or official of the Federal Bureau of Investigation.

If you have any questions concerning this issue, please have your staff contact Mr. Benjamin F. Burrell, Director, Facilities and Administrative Services Staff on 616-2995.

Attachments

Copies furnished:
Exec.Sec:SRC:JCV:BFB:SKM:DED:JDL:RMantiply:JBS:514-2318:4/5/95:
REDEL.BUR

FORM DOJ-4

U.S. DEPARTMENT
OF JUSTICE

# Order

DOJ 2410.1A

Dec. 1, 1989

**Subject:** REDELEGATION OF AUTHORITY TO OPERATE AND MAINTAIN THE J. EDGAR HOOVER BUILDING

1. PURPOSE. This order redelegates the authority to perform functions with respect to the operation and maintenance of the J. Edgar Hoover Building to the Director, Federal Bureau of Investigation (FBI).

2. SCOPE. This order applies to the FBI.

3. CANCELLATION. Order DOJ 2410.1 is cancelled.

4. DELEGATION OF AUTHORITY.

   a. Pursuant to the authority delegated to my by 28 CFR 0.76(u). 0.77(g) and 0.79, authority is hereby redelegated to the Director, FBI, to perform functions in connection with the operation and maintenance of the J. Edgar Hoover Building.

   b. This authority shall be exercised in accordance with the Delegation of Authority Agreement signed by the Attorney General on April 18, 1989, and the Administrator of the General Services Administration on November 30, 1988.

   c. The Director, FBI, may redelegate this authority to any officer or official of the FBI.

Harry H. Flickinger

HARRY H. FLICKINGER
Assistant Attorney General
for Administration

Distribution: BUR/FBI/H-1
SPL-23

Initiated By: Facilities and Administrative Services Staff
Justice Management Division