EXHIBIT 4

# Memorandum

| Subject | Date |
|---|---|
| Delegation of Authority for Special Police and Protection Services in Clarksburg, West Virginia | JUL 28 1993 |

| To | From |
|---|---|
| G. Norman Christensen<br>Assistant Director<br>Criminal Justice<br>Information Services<br>Federal Bureau of Investigation | Stephen R. Colgate<br>Assistant Attorney General<br>for Administration |

This memorandum is to advise you that a delegation of authority to provide special police and related powers at the Federal Bureau of Investigation (FBI) facility housing the Criminal Justice Information Services Division in Clarksburg, West Virginia, has been granted. This authority is redelegated to you pursuant to the authority delegated to me by 28 CFR 0.79, and is exercised in accordance with the Delegation of Authority letter signed by the Acting Administrator for General Services and the Attorney General, a copy of which is attached. Furthermore, you may redelegate this authority to any officer or official of the FBI.

If you have any questions concerning this issue, please have your staff contact Mr. David E. Dwyer of my staff on 514-2318.

Attachment

Copies furnished:
Exec.Sec.:JCV:BFB:SKM:DED:JDL:RMantiply:JBS:514-2318:
CRISCLRK.WV:7/23/1993