# EXHIBIT 5

# POSITION EVALUATION STATEMENT

Factor Evaluation System

Date: 6/3/88
Classifier: JLG

Title and Position #: Guard GS 7, GS 0085-07-87-03-127

Location: ASD, Facilities Mgmt & Security Sect, Security Unit

Proposed Action: Redesc as Police Officer in GS 0083 series.
Reference: Johnson to Sharp memo dated 3/24/88 cap FBI ARMED UNIFORMED OFFICERS PAY MATTER
PAU Check: (Lines 5 and 6)
(# in position)

| Evaluation Factors | Points Assigned | Standard Used (Bmk.#, FL #, etc.) | Comments |
|---|---|---|---|
| 1. Knowledge Required by the Position | 350 + | FL 1-3 | New standard for the 083 series was received after descs were typed; therefore, points were not added to the typed descs. |
| 2. Supervisory Controls | 275 | FL 2-3 | |
| 3. Guidelines | 275 | FL 3-3 | |
| 4. Complexity | 75 | FL 4-2 | |
| 5. Scope and Effect | 150 | FL 5-3 | |
| 6. Personal Contacts | 60 | FL 6-3 | |
| 7. Purpose of Contacts | 120 | FL 7-3 | |
| 8. Physical Demands | 50 | FL 8-3 | |
| 9. Work Environment | 50 | FL 9-3 | |
| Total Points | 1405 | 1355 - 1600 = GS 7<br>Grade Conversion GS- 7 | |

**Remarks:** Used Grade Evaluation Guide for Police and Security Guard Positions GS 0083 and GS 085. Description has been written in PPMU to portray manner in which a Police Officer must operate at grade GS 7 level. It is therefore recommended that above Guard GS 7 #127 posn be redescribed as Police Officer GS 7, GS 0083-07-88-03-168. Serves on Day, Night, Midnight, Weekend, & Holiday Shifts.

Application of Fair Labor Standards Act (FLSA) - Per FPM Letter 551-7 dated 7-1-75. (Give basis for determination by reference to FPM Letter; if status changed, explain.)

**EXEMPT:** ☐ Executive ☐ Administrative ☐ Professional ☐ Other

**NONEXEMPT:** ☒

(GSA)

POSITION DESCRIPTION

POLICE OFFICER
GS-083-08

Major Duties

This position is that of a uniformed police officer, appointed as a law enforcement official under Title 40 of the United States Code, Section 318, authorized to carry firearms and make arrests. Officers are assigned to the Federal Protective Service Division, Operational Services Branch, at all District Offices within the Region.

Incumbent performs law enforcement work in the protection of life, property, and the rights of individual citizens (enforces and assures compliance with statutes, laws, GSA rules and regulations, and protects the civil rights of all persons) on Federal property under the charge and control of GSA.

Incumbent initiates and conducts investigations that extend more than one shift beyond the normal patrol shift on a regular and recurring basis. Investigates and files report involving felonies and misdemeanors such as: theft, burglary, assault, vandalism, threats, vehicular accidents, etc. Performs complete investigations involving felonies, misdemeanors and offenses such as larceny of government and personal property, gambling (unorganized), simple assault, illegal use and possession of narcotic substances, unlawful entries into GSA facilities and soliciting involving non-GSA employees. Takes control of the crime scene from contamination; collects and safeguards physical and documentary evidence. Conducts basic forensic assignments including searching crime scenes for physical evidence, dusting for latent prints, photographing and sketching the crime scene, gathering and preserving evidence, maintaining proper chain of custody of evidence, storing evidence in authorized vaults or containers, transmitting evidence to court, testifying about known facts regarding the collection, preservation, and chain of custody. Fiend tests suspected dangerous substances for presence of illegal drug characteristics.

Incumbent is involved in interrogations of suspects who display violence and irrational temperament. In completing investigations, the incumbent investigates complaints, leads, and tips, and develops leads using informants or other investigative techniques (e.g., surveillance cameras), reviews documents while uncovering leads, seeks out and questions witnesses and suspects, takes testimony or statements for use in court, and arrests offenders on criminal charges and appears before a judicial hearing. While appearing in Federal, State, or local courts of law, testifies as to the results of the investigative efforts, accuracy of the information gathered, and to any evidence collected to be used against the accused. Takes precautions, including extraordinary precautions, to preserve life and the individual rights of complainants, witnesses, suspects, or other persons during questioning.

The incumbent preserves the peace, prevents crimes, arrests offenders, and provides crime prevention guidance police assistance during emergency...

Officers may also be called upon to respond to other locations within the Region and other GSA Regions nationwide on short notice when additional law enforcement support has been determined essential for such occurrences as in the event of counter-terrorist operations, as well as planned or impromptu demonstrations, serious crime waves requiring additional police manpower to provide effective law enforcement coverage.

Incumbents may be required to work rotating shifts, undergo refamiliarization with authorized weapons and to demonstrate successful re-qualification. Must have the physical ability to safely operate motor vehicles on public highways and possess a valid driver's license from the State or District of legal residence.

Patrols assigned areas on foot or by motor vehicle as well as performing infrequent stationary assignments. May be assigned to a mobile unit within a sector of the city or metropolitan area responsible for responding to calls for law enforcement emergency services. Investigates and files reports involving theft, burglary, assault, vandalism, threats, vehicular accidents, etc. Provides First Aid and/or Cardiopulmonary Resuscitation (CPR) to the injured until medical assistance arrives on the scene. Makes vehicular stops within jurisdiction for violations of traffic laws, issues court citations or "Notices of Infraction" as provided by Federal or local courts and serves criminal summons as directed by the judicial body. Identifies and arrests violators for crimes occurring in the presence of the officer arrests on warrants issued by the court, obtains warrants from courts based on eyewitness accounts of criminal violations or probable cause and executes warrant as directed. Pursues and apprehends persons fleeing a crime scene or attempting to resist arrest. Engages in hot pursuit of a fleeing felon and may leave jurisdictional boundaries to make arrests. Takes written statements from witnesses and interrogates suspects as prescribed by law, and provides crime prevention guidance or assists in crime prevention services and presentations.

Apprehends wanted persons when on GSA controlled property who are accused of crimes in other jurisdictions. Stops, questions, and detains such persons and notifies the law enforcement agencies.

Works with the U.S. Marshals Service and other appropriate Federal, State, and local law enforcement agencies to provide special protection during Federal court trials with highly controversial defendants or issues.

Processes prisoners arrested by the Federal Protective Service (FPS) for fingerprints and "mug shot" photographs and forwards this information for statistical reporting, transmittal to the Federal Bureau of Investigation, and/or other authorized law enforcement agencies for crime statistical and record purposes.

Performs administrative assignments, such as a desk officer, vehicle officer, range officer, field training officer, contract inspector, etc. and prepares administrative reports, accepts telephone calls for police service, assists in the Control Center as directed by supervisory personnel.

Prepares written reports on investigative efforts, presents facts to the U.S. Attorney or assistant U.S. Attorney, and prepares cases for prosecution on misdemeanors and minor crimes. Assists in preparation of cases involving more serious offenses.

Performs on GSA controlled property, surveillance of suspects, violators or areas subjected to high criminal activity to identify and apprehend suspects, and gathers evidence to be used in court.

Performs "plain clothes" work as situations require in response to investigative needs. Conducts covert surveillances of limited duration in which the officer may pose as a civilian in a controlled environment, such as an office employee, for the purpose of observing illegal acts perpetrated by other employees, contractors, etc. The officer must remain alert to react to ever changing personal demeanors. All undercover assignments must be individually authorized by the Regional Director, FPS with approval from the Office of Physical Security and Law Enforcement, Central Office.

Serves as member of the Special Operations Response Team (SORT) providing law enforcement services within the region and in other GSA regional facilities, in response to incidents such as counter-terrorism operations, hostage situations, civil unrest (crowd control) and demonstrations.

Specialized weapons (shotguns, automatic or semiautomatic firearms, etc.) and tactics (police negotiations) are deployed as authorized. Incumbents receive extensive training in these specialized functions and are fully capable of performing such duties.

Factor 1 Knowledge Required by the Position

Through the course of assignments, uses a full range of knowledge of operations and techniques to prevent or resolve offenses, performs preliminary investigative assignments on the full spectrum of offenses from the most minor to felony and capital crimes. Other specialized techniques for conducting complete investigations of misdemeanor offenses is also required, which includes special interrogating and interviewing techniques, surveillance techniques, and developing leads and informants.

Investigations typically require knowledge of an extensive body of standardized, optional, and innovative investigative procedures, techniques, and methods to detect, investigate, and resolve crimes and other incidents that are beyond the scope or requirements for solution on patrol assignments. Employees must be able to perform a variety assignments in resolving a wide range of conditions or criminal activities typically requiring extensive research, interviewing, planning, observing, conducting stakeout operations, and executing investigative techniques, resulting in arrests of suspects and, in some instances, in changes in patrol operating methods.

Uses knowledge of investigative methods, techniques and procedures to complete investigations involving misdemeanor and minor crimes to include the processing of crime scenes, which involves the dusting for latent prints, collection and processing of physical evidence, photographing the scene, developing and analyzing facts and leads to identify suspects, taking statements and otherwise gathering information and facts. This knowledge is used to coordinate

with the United States Attorney and other prosecutors for case development and prosecution as well as coordination with other law enforcement agencies for the purpose of gathering facts and evidence in assigned cases. Cases not prosecuted may be handled administratively by agency management officials.

The incumbent receives extensive training in police tactics and procedures and applies this knowledge in patrol operations, handling unruly persons, and with violent unruly crowds involved in planned or impromptu demonstrations or riots, detection of explosives, presence of illegal drugs, hostage situations, counter-terrorist operations, vehicular and pedestrian accidents, safety violations, and other serious accidents.

Incumbent utilizes a knowledge of, and proficiency in, the use of specialized weapons and equipment (e.g., automatic weapons, shotguns, tear gas, riot gear, etc.) as well as the tactics for deploying them in emergency situations. Incumbent must meet initial and recurring certifications as required by FPS policies and procedures (such as successful completion of basic police officer training at the Federal Law Enforcement Training Center in Glynco, Georgia; basic police officer investigative training, firearms training, first aid and CPR).

Uses a detailed knowledge of standard police operating requirements, methods, and procedures including the preparation of reports, arrest procedures, subduing unruly individuals, detaining witnesses and suspects, issuing citations and criminal summons, operating radar equipment or other speed detection devices, as well as performing traffic patrol and emergency response duties.

Must be able to communicate both orally and in writing in a clear concise manner.

Uses basic operating knowledge of security and communications systems. Must have specific knowledge of systems within the area assigned to include activation, deactivation, and basic trouble shooting of malfunctions.

As required, uses basic knowledge of contract specifications, inspection and monitoring procedure and reporting requirements, and general knowledge of crime prevention methods and techniques.

Detailed knowledge is required of constitutional law, Federal, State and local laws and ordinances, GSA regulations governing Federal buildings, rules covering restricted items and conduct of visitors and employees.

Factor 2 - Supervisory Controls

The incumbent is under the general supervision of a senior officer for daily activities and under a team leader's direct supervision in situations that involve large numbers of officers simultaneously. The supervisor makes assignments such as long-term investigations and undercover work within the employee's scope of responsibilities; defines the objectives, priorities and deadlines; and assists the employee in unusual situations which do not have clear precedents.

The incumbent plans and carries out the steps required according to specific case conditions (time and place to deal with witnesses and suspects, consideration for confidentiality and exposure of witnesses, coordination with other law enforcement agencies, cover, need for and nature of stakeouts.) The incumbent handles deviations from established procedures by resolving problems that arise according to agency or local standards, previous training and experience, established practices, legal precedents, or other controls appropriate to the immediate circumstances. Assignments may require the incumbent to ascertain interrelationships with other cases and/or law enforcement agencies that may affect the methods and procedures used.

Completed work is evaluated for technical soundness, such as the quality of evidence, veracity of suspect or witness statements, ability to get U.S. Attorneys or others to accept cases for prosecution, success in solving crimes and violations, and contributions to the unit's crime prevention program.

Generally, the incumbent reports to a Police Officer Supervisor for assignments, who is responsible for the incumbent's performance evaluation and other administrative functions. These assignments generally entail issuance of patrol assignment concentration of efforts to a specific crime or location, receiving/requesting notices of wanted persons, etc. The incumbent must take immediate control of situations in times of emergency: during such occasions, there may not be enough time to contact superiors immediately. Consequently, decisions and operations are left to the discretion and judgment of the incumbent. Assignments may reach the officer as a result of a dispatch from the District/Zone Office; or Federal Protective Service's Communications Center dispatcher; observing a crime in progress or as a result of receiving a request for assistance from a Federal employee or other citizen while on GSA property. At times, the incumbent may assist other personnel of higher grades on special assignments or when conducting investigations of major crimes.

The incumbent is expected to contact a supervisor or otherwise request backup in all cases of life threatening emergencies or in the event of unusual or extremely sensitive problems or unfamiliar situations which are not covered by existing instructions and procedures.

Serious conflicts of policies and/or methodology will be presented to the Supervisory Police Officer for direction and resolution.

Factor 3 - Guidelines

Much judgment is expected to handle unexpected situations which cannot be adequately covered by agency guidelines. Procedures, instructions and a number of specific guidelines for performing the full range of law enforcement functions have been established and are available to the incumbent through written documents such as the Security and Law Enforcement Operations Handbook (GSA Order PBS P 5930.17A) or training received covering applicable laws, GSA rules and regulations, etc. Guidelines requiring officer interpretation based on past practices or precedence cover a variety of legal, procedural and administrative conditions, such as Federal and

local laws, rules and regulations, rights of citizens and others, actions allowable and limits specified under jurisdictional agreements, procedures for issuing citations and performing arrests, use of force and weapons, court procedures for arresting officers, established operating and public relations procedures for dealing with persons who work within the jurisdiction, authority for "hot pursuit", etc.

Because of the nature of work assignments (investigations, arrests, alarm responses, demonstrations, bomb searches, etc.) or the environment in which they are performed, written guidance is not always available or all encompassing. The incumbent must assess the situation (demonstration, threat, type of alarm, the nature of the reported crime, etc.) and determine the appropriate course of action, drawing upon knowledge of written guidelines which are not available at the scene, applicable laws, rules and regulations, as well as training received. On many occasions, split second decisions must be made not allowing the incumbent time to consult with legal advisors such as in cases involving decisions involving search and seizure or arrest.

Incumbent uses personal judgment in interpreting, adapting, applying and deviating from guidelines based on unusual or emergency circumstances and concern with protecting public safety. The incumbent analyzes the results of such adaptations and recommends changes in established methods and procedures.

Factor 4 - Complexity

The incumbent performs various duties requiring the application of different and unrelated methods, practices, techniques, or criteria. Work typically involves such assignments extensive investigative responsibilities (e.g., work extending beyond the span of a single shift), assignments that vary frequently in the nature of cases handled, and assignments requiring the application of a wide variety of police techniques to resolve. Unscheduled training exercises my be required to demonstrate/prove the incumbent's proficiency in handling special equipment, tactics and various other activities.

The incumbent decides what actions to take and the applicable methodology based on assessment of facts obtained from other officers, witnesses, and personal observations and interviews. Decisions made vary according to the nature of perceived threat (e.g., type of demonstrators or terrorist action, etc.). Hazards my be imposed by local terrain such as the location/crime rate of the area, lighting or time of day in which the activity is occurring. Also, weather affects the incumbent's action from atmospheric skips interfering with radio communications to icy road conditions. The incumbent decides on whether standard or special procedures are appropriate and whether the situation is real or simulates a potential threat (e.g., response to an alarm, finds the building secure or a door or window open/broken).

The chosen course of action may be selected from several alternatives depending on the nature of the case, facts and clues available, personal analysis of case information, jurisdictional questions, and other considerations that affect the ability to identify sufficient facts and resolve case issues. The nature of the incident or threat, presence or absence of weapons, number and kinds of persons encountered, and other variables must be assessed to determine the proper course of action. The

incumbent's assessment of such conditions and elements must be made quickly in order to determine among several alternatives the kinds of action to take and the level of force to use.

Factor 5 - Scope and Effect

Assignments result in prosecution, conviction, recovery of property, recoupment of funds, and serve as a deterrent to future criminal violations. They may influence changes in laws, GSA orders, or future court actions. Incumbent performs a full range of police duties ranging from simple violations of GSA rules and regulations to felony cases by following and executing specific rules, regulations, or procedures covering law enforcement, physical and personal security operations, patrol duties, coordination with local courts, and crime prevention programs for tenant Federal agencies. Work results in arresting, charging, and convicting persons accused of violating laws which affect the economic well being and freedom of individuals.

Through the incumbent's efforts, the consequences of public disturbances, emergency situations, and violations of law are minimized. Successful performance of duties ensures safe and secure work environment for tenants and visitors on GSA controlled property.

Factor 6 - Personal Contacts

Regular and routine contacts are with GSA and other Federal employees and the general public, as individuals or groups, in a moderately unstructured setting (e.g. the contacts may or may not be established on a routine basis, usually within the individuals work place; the purpose and extent of each contact is different and the role and authority of each party is identified and developed during the course of the contact). Many times contacts are uncooperative and reluctant to divulge information and the typical contact may vary between the type of assignments issued to the incumbent. Examples include but are not limited to tenant agency employees at all levels, the general public, and contractors.

Depending on the particular situation, contacts may also be violators of laws, rules, or regulations where those contacted are reluctant to accept the incumbent's authority, may resist detention or attempt to flee, or with unruly individuals who pose a threat to the incumbent's (and/or other individuals') presence.

Factor 7 - Purpose of Contacts

The purpose is to influence, motivate, interrogate, or control persons or groups. Persons contacted may be fearful, skeptical, uncooperative or dangerous. Therefore, the incumbent must be skillful in approaching the individual or group in order to obtain the desired effect; such as gaining compliance with established policies and regulations by persuasion or negotiation, or gaining information by establishing rapport with a suspicious informant. Contacts may include, but are not limited to uncooperative individuals involved in traffic violations, persons disturbing the peace, "peaceful" demonstrators, persons attempting to commit suicide, suspects and reluctant witnesses to a crime, deranged persons, or families involved in domestic disturbances. The incumbent must negotiate with individuals who clearly intend to carry out threats of violence or

mayhem and because of the emotional instability involved must be convinced to cease their life threatening activities.

Factor 8 - Physical Demands

The work requires constant mental attention, as well as regular and recurring physical demands such as walking for long periods of time, operating motor vehicles, lifting and carrying heavy weights over 50 pounds, such as items seized as evidence, carrying collapsed individuals, performing life saving tasks, etc. Considerable physical effort is required to subdue, disarm and arrest violent or potentially violent persons suspected of crimes who may be armed with knives, guns, or other dangerous weapons. In addition, moderate to arduous physical exertion, including lifting heavy items less than 50 pounds (i.e., typewriters, and other items sized as evidence in criminal cases as well as weapons and riot gear used during operational assignments, etc.) There is also exposure to extreme weather conditions, and occasional long periods of overtime, rotating shift work and participation in surveillance and undercover operations, some of which, if discovered could result in personal danger, and requires agility and dexterity with the strength to pursue, apprehend, and detain/arrest uncooperative suspects.

Factor 9 - Work Environment

The work involves performing assignments where there is regular and recurring exposure to extreme discomforts and unpleasantness particularly during inclement weather on extended periods of traffic and patrol duties, and regularly, on a recurring basis entails entry into high physical risk areas and subjects the incumbent to extreme personal danger (e.g. possible physical attack, mob assaults, sniper attacks, which may or may not occur where conditions can be controlled). Incumbent may be assigned to shift work within any of the 24 hour a day period or may work odd or extensive hours in connection with special assignments or emergency situations.

Personnel Security Requirement

Due to the investigative responsibilities of this position as well as demanding the highest degree of honesty, integrity, and trustworthiness, incumbent must obtain and retain a GSA agency NONCRITICAL SENSITIVE security certification for the position prior to entry or for continued employment as a Police Officer in accordance with applicable Federal regulations governing sensitive positions, to include, GSA Order ADM P 9732.1E, and Executive Order 10450.