# EXHIBIT 6

U.S. Department of Justice

Washington, D.C. 20530

DEC 22 1998

Mr. Howard Chideckel
Office of Business Performance
General Services Administration
1800 F Street, NW
Washington, DC 20405

Dear Mr. Chideckel:

Enclosed are the signed documents that renew and amend the delegations of authority for the following Department of Justice buildings: Main Justice Building, J. Edgar Hoover Building, Lincoln Place Towers and Control Data Building. If you have any questions or require any additional information, please do not hesitate to contact me on (202) 616-3916.

Sincerely,

Jon D. Leavitt, Assistant Director
Justice Buildings Services
Facilities and Administrative
Services Staff
Justice Management Division

Enclosures

U.S. GENERAL SERVICES ADMINISTRATION
Administrator

October 26, 1998

Mr. Stephen R. Colgate
Assistant Attorney General for Administration
Department of Justice
Washington, DC 20530

Dear Mr. Colgate:

This letter with enclosures renews and amends the terms and conditions of the delegation agreement previously granted the Department of Justice for the following buildings:

| Building Name | Building Number | Building Address |
|---|---|---|
| Main Justice | DC0023ZZ | 10th & Constitution Ave., NW., Washington, DC |
| J. Edgar Hoover | DC0090ZZ | 9th & Pennsylvania Ave., NW., Washington, DC |
| Lincoln Place | VA0283ZZ | 600-700 Army Navy Dr., Arlington, VA |
| Control Data | MD0216ZZ | 1151 Seven Locks Road, Rockville, MD |

The amendments to the delegation agreement are summarized as follows:

- Resources Management, paragraph - 4.A: changes the funds transfer mechanism from an allocation account to a credit on the GSA Public Buildings Service bill;

- Assignment and Utilization of Space, paragraph – 5.H.(2): clarifies that space assigned to the Agency may be used as a child care center when the delegatee is the sponsoring agency; and,

- Term of Delegation, paragraph 9: extends the term of the agreement until mutually amended or otherwise terminated under paragraph 7 of the agreement. This change eliminates the need for future renewals every five years.

Except as amended, the terms and conditions of this agreement remain the same. Please indicate your acceptance of the terms and conditions of this renewal with amendments by signing in the signature block on page 2 and initialing all the enclosures on the signature line.

Return one original to Mr. Howard Chideckel, General Services Administration, Office of Business Performance, 1800 F Street, NW, Washington, DC 20405. If you have any questions, please have a member of your staff contact Mr. Chideckel on (202) 501-0457.

Sincerely,

Thurman M. Davis

for David J. Barram
Administrator

Enclosures

We agree to the amended terms of this Delegation Agreement until mutually amended.

for Stephen R. Colgate
Assistant Attorney General for Administration

12-17-98
Date

Paragraph 4.A., Resources Management, is amended to read as follows:

4. Resources Management:

A. Funding for Building Operations:

(1) The Agency will budget for and receive a direct appropriation for the payment of Rent to GSA. GSA will bill for net Rent. A Rent reduction in the amount that otherwise would have been allowed to GSA for performing the delegated operational functions will be credited to the Agency.

(2) GSA will take the necessary action to effect the credit monthly. The credit will be applied to the location code provided by the Agency.

for Initials: Stephen R. Colgate
Assistant Attorney General for Administration

12-17-98
Date

Paragraph 9, Term of Delegation, is amended to read as follows:

9. Term of Delegation:

The terms and conditions of this delegation shall remain in effect, until amended by mutual agreement, based on satisfactory performance as established in GSA's Operational Evaluation Guidelines unless terminated, in whole or in part, under the provisions of paragraph 7.

12-17-98

Initials: Stephen R. Colgate — Date

Assistant Attorney General for Administration

Subparagraph 5.H.(2), Assignment and Utilization of Space, is amended to read as follows:

H. <u>Assignment and Utilization of Space:</u>

(2) Space assignments in the delegated building(s) to tenants other than the Agency remain the responsibility of GSA. Space assigned to the Agency may be used as a child care center where the delegatee is the sponsoring agency. A licensing agreement must be in effect pursuant to 40 U.S.C. 490b(c)

12-17-98

Initials: Stephen R. Colgate Date
Assistant Attorney General for Administration