**IN THE UNITES STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JEFFREY B. KING, SCOTT A. AUSTEN, KEVIN J. HARRIS, AND JOHN J. HAYS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **Case No. 07-589C**<br>**Judge Emily C. Hewitt** |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, by and through undersigned counsel, hereby request a 60-day extension of time to file Plaintiff's Response to the Defendant's Motion to Dismiss until February 1, 2008. Undersigned counsel contacted the Defendant's representative and the Defendant consents to this instant motion.

On August 2, 2007, undersigned counsel filed the class complaint in this action. Undersigned counsel agreed to the Defendant's request for a 30 day extension in filing an answer, and the Court granted Defendant's request. On October 31, 2007, undersigned counsel received Defendant's Motion to Dismiss. The current deadline for the Plaintiff's to file their Response to the Defendant's Motion to Dismiss is December 3, 2007. An extension of time is necessary for several reasons.

Undersigned counsel's busy litigation schedule's pending deadlines hinders her ability to submit the Plaintiff's Opposition to the Defendant's Motion to Dismiss by December 3, 2007. More importantly, undersigned counsel is assembling responsive

documents and affidavits for the response to the Motion. The Defendant's Motion included several documents which need to be researched and responded to. However, because the Motion is filed prior to discovery commencing, let along completing, Plaintiffs are forced to obtain responsive documents through other means such as FOIA requests. There are currently such requests pending at several agencies, all who have advised that responses will arrive after the current deadline for the Plaintiffs' reply. The requested documents are vital to preparing an appropriate response to the Defendant's Motion to Dismiss. Given the Defendant's inclusion of these documents, undersigned counsel is also researching and deciding whether to request that the court allow limited discovery to the Plaintiffs in order to respond to the Defendant's Motion.

Finally, both the Thanksgiving holiday and Christmas holidays limit the ability to prepare the response. Not only is Plaintiffs' law firm closed from December 22, 2007 to January 2, 2008, but it is common knowledge that federal employees often use their "use or lose leave" during this period, making it more likely that responses to FOIA requests will be delayed. Given the critical nature of the pending Motion to the instant case, Plaintiffs should be given every opportunity to prepare a thorough response.

For all of the foregoing reasons which constitute good cause, the Judge should grant the Plaintiff's Unopposed Motion for Extension of Time for Opposition to Defendant's Motion to Dismiss.

**VERIFICATION**

By her signature below, undersigned counsel verifies that the foregoing is true and correct to the best of her knowledge, information, and belief.

November 20, 2007

Respectfully Submitted,

Sandra Mazliah

______________________________

Sandra Mazliah, Bar No. 44074
PASSMAN & KAPLAN, P.C.
1090 Vermont Ave., N.W.
Suite 500
Washington, DC 20005
Tel: (202)789-0100
Fax: (202)789-0101

Attorney for Plaintiffs