# In the United States Court of Federal Claims

No. 07-589 C

(E-Filed: November 26, 2007)

JEFFREY B. KING, SCOTT A. AUSTIN, KEVIN J. HARRIS, AND JOHN J. HAYS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (plaintiffs' Motion), filed November 20, 2007. Based on the representations contained in the Motion, including the representation that the Motion is unopposed, plaintiffs' Motion is GRANTED. Plaintiffs shall have up to and including Friday, February 1, 2008 to file their response to Defendant's Motion to Dismiss.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge