# In the United States Court of Federal Claims

No. 07-589 C

(E-Filed: February 4, 2008)

JEFFREY B. KING, SCOTT A. AUSTIN, KEVIN J. HARRIS, AND JOHN J. HAYS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Plaintiffs' Opposition to Defendant's Motion to Dismiss For Lack of Subject Matter Jurisdiction (plaintiffs' Response), filed February 1, 2008. The Clerk of the Court noted three deficiencies in the filing of plaintiff's Response: (1) the table of contents is missing references to page numbers as required by Rule 5.3(a)(1)(A) of the Rules of the United States Court of Federal Claims (RCFC); (2) there is no index to the appendix as required by RCFC 5.3(a)(1)(G); and (3) it exceeds the page limit set by RCFC 5.3(b). A response to a motion may not exceed thirty pages except by leave of the court. RCFC 5.3(b)(2).

Plaintiffs shall have up to and including Tuesday, February 12, 2008 to correct the deficiencies in their filing. Pursuant to RCFC 7.2(c), defendant shall then have 14 days to reply. Defendant shall file its reply on or before Tuesday, February 26, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge