IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY B. KING, SCOTT A. AUSTEN, KEVIN J. HARRIS, AND JOHN J. HAYS, | ) | |
| Plaintiffs, | ) | No. 07-589C |
| | ) | (Judge Hewitt) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including March 10, 2008, to file its reply brief in support of its motion to dismiss. Our reply is currently due on February 25, 2009. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has called and left a message with plaintiffs' counsel about this enlargement of time, however, counsel was not available.

The enlargement is requested because undersigned counsel of record for defendant requires additional time to confer and coordinate our reply brief with the interested agency, the Federal Bureau of Investigation. The enlargement is also requested because of counsel of record's current workload, which includes drafting a motion to remand in Former Employees of Invista SARL v. Department of Labor, Court of International Trade No. 2007-160, due February 24, 2008; and responding to complaints in Oriska Insurance Company v. United States, Court of Federal Claims No. 2007-768, due February 29, 2008 and Treslyn C. Patterson v. United States, Court of Federal Claims No. 2009-6, due March 3, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion

for an enlargement of time of 14 days, to and including March 10, 2008, within which to file its reply brief in support of its motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin F. Hockey
MARTIN F. HOCKEY, JR.
Assistant Director

/s/ Carrie A Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

February 20, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 20th day of February, 2008, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore