# In the United States Court of Federal Claims

No. 07-589 C

(E-Filed: February 21, 2008)

JEFFREY B. KING, SCOTT A. AUSTIN,
KEVIN J. HARRIS, AND JOHN J. HAYS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion For An Enlargement of Time (defendant's Motion), filed February 20, 2008. Plaintiffs shall have until 5:00 p.m. today, Thursday, February 21, 2008 to file their response to defendant's Motion. Defendant shall have until 12:00 noon on Friday, February 22, 2008 to file its reply to plaintiff's response.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge