# In the United States Court of Federal Claims

No. 07-589 C

(E-Filed: February 21, 2008)

JEFFREY B. KING, SCOTT A. AUSTIN,
KEVIN J. HARRIS, AND JOHN J. HAYS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion For An Enlargement of Time (defendant's Motion), filed February 20, 2008. Chambers has been advised telephonically by counsel to plaintiffs that plaintiffs do not intend to oppose defendant's Motion. Based on the representations contained therein, and on the fact that it is unopposed, defendant's Motion is GRANTED. Defendant shall have up to and including Monday, March 10, 2008 to file its reply brief in support of its motion to dismiss.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge