# In the United States Court of Federal Claims

No. 07-589 C

(E-Filed: March 31, 2008)

JEFFREY B. KING, SCOTT A. AUSTIN, KEVIN J. HARRIS, AND JOHN J. HAYS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiffs' Motion For Leave to File Sur[-]Reply (plaintiffs' Motion or Pls.' Mot.), filed March 28, 2008. Plaintiff requests "leave to file a sur[-]reply to have a fair opportunity to respond to arguments that Defendant raised for the first time in Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Dismiss for Lack of Jurisdiction, filed by the Defendant on March 10, 2008." Pls.' Mot. 1. Because the court does not require further briefing on these subjects, plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge