# In the United States Court of Federal Claims

No. 07-589 C

(E-Filed: July 10, 2008)

| | |
|---|---|
| JEFFREY B. KING, SCOTT A. AUSTIN, KEVIN J. HARRIS, AND JOHN J. HAYS, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Preliminary Status Report and Motion For Extension of Time to File Discovery Plan (JPSR). The JPSR is incomplete in that the parties include only a partial proposed scheduling plan. Further to the partial JPSR, the parties SHALL, on or before August 21, 2008, file initial disclosures regarding liability issues. On or before August 21, 2008 the parties SHALL provide the remainder of their proposed scheduling plan.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge