**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JEFFREY B. KING, SCOTT A. AUSTEN, KEVIN J. HARRIS, AND JOHN J. HAYS,**<br><br>**For themselves and on behalf of all others similarly situated**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **Case No. 1:07-cv-589**<br><br>**(Judge Emily C. Hewitt)** |

**MOTION TO WITHDRAW PLAINTIFFS' FIRST MOTION FOR CLASS CERTIFICATION AND LEAVE TO REFILE MOTION FOR CLASS CERTIFICATION WITH REDACTED EXHIBITS**

Plaintiffs, by and through their undersigned counsel, file this Motion to withdraw Plaintiffs' First Motion for Class Certification, filed on July 11, 2008, as Docket No. 22, and Motion for leave to file Plaintiffs' First Motion for Class Certification, with redacted exhibits. In the alternative, Plaintiffs request that the Judge order the Plaintiffs' First Motion for Class Certification, filed on July 11, 2008, as Docket No. 22, sealed. *See* Court of Federal Claims Rule (RCFC), Appendix E, Sect. IV., Para. 11. Plaintiffs, will file a copy of the Motion, with redacted exhibits for public view.

On July 11, 2008, Plaintiffs filed a Motion for Class Certification. Attached to that Motion, were 152 consent forms, executed by members of the potential class. The consent forms contained private information regarding the potential class members, such

as telephone numbers, addresses and social security numbers. While the intent of the exhibit was to demonstrate that the potential class met the "numerously" requirement this private information is not necessary to the pleading. The social security numbers were mistakenly not redacted in accordance with RCFC, Appendix E, Sect. VIII., Para. 26(c)(i). In addition, at this time, the telephone numbers and addresses are not necessary for the pleading, although they will become necessary if the Court certifies the class. On July 14, 2008 undersigned counsel spoke to the clerk's office, and obtained a temporary seal on the Motion and Exhibits, and was instructed to file a Motion to Withdraw, *see* RCFC 77.3, and Motion for Leave to Refile.

For these reasons, the Plaintiffs' Motion for Withdrawal and Leave to Refile should be **GRANTED**. In the alternative, Plaintiffs' Motion to seal the Plaintiffs' First Motion for Class Certification, Dkt No. 22, should be **GRANTED**, and Plaintiffs have leave to file a copy of the Motion, with redacted exhibits, for public view.

Dated July 14, 2008

Respectfully submitted,

Sandra Mazliah

Sandra Mazliah
PASSMAN & KAPLAN, P.C.

Debra D'Agostino
Joanna Friedman
PASSMAN & KAPLAN, P.C.
1090 Vermont Avenue, N.W.
Suite 500
Washington, D.C. 20005
TEL: (202) 789-0100
FAX: (202) 789-0101

Attorneys for the Plaintiffs