# In the United States Court of Federal Claims

No. 07-589 C

(E-Filed: July 21, 2008)

| | |
|---|---|
| JEFFREY B. KING, SCOTT A. AUSTIN, KEVIN J. HARRIS, AND JOHN J. HAYS, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the plaintiffs' Motion to Withdraw Plaintiffs' First Motion For Class Certification and Leave to Refile Motion For Class Certification With Redacted Exhibits (plaintiffs' Motion to Withdraw and Leave to Refile). For the reasons contained therein, plaintiffs' Motion to Withdraw and Leave to Refile is GRANTED. The court's granting of plaintiffs' Motion to Withdraw and Leave to Refile does not, of course, indicate that the court will necessarily grant any future motion for class certification filed by plaintiffs.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge