# Plaintiffs' Exhibit No. 8 (continued)

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/12/07 [signature]

(Signature in ink)

NAME Robert L Davis II

ADDRESS [redacted]

Clarksburg WV 26302

HOME PHONE ([redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 06/11/2007 Todd A Davis

(Signature in ink)

NAME Todd A. Davis

ADDRESS [redacted]

Clarksburg WV 26301

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-8-07

(Signature in ink)

NAME Charles E. Davisson

ADDRESS [redacted]

Bridgeport, WV 26330

HOME PHONE [redacted]

WORK PHONE ( ) ____________

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 11/5/07 [signature]

(Signature in ink)

NAME Milton A. De La Rosa

ADDRESS [redacted]

Union City, N.J 07087

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 06/29/2007 [signature]

(Signature in ink)

NAME Traci DeForest

ADDRESS [redacted]

Woodbridge, Va 22192

HOME PHONE [redacted]

WORK PHONE ([redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/1/07 Carol H. Dickey

(Signature in ink)

NAME CAROL H. DICKEY

ADDRESS [redacted]

BUCKHANNON, WV 26201

HOME PHONE ([redacted]

WORK PHONE ([redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-11-07 Charles E Dunn III

(Signature in ink)

NAME Charles E. Dunn III

ADDRESS [redacted]

Clarksburg, WV 26301

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6|11|2007 Virgil David Eichenlaub

(Signature in ink)

NAME Virgil David Eichenlaub

ADDRESS [redacted]

HOME PHONE ([redacted]

WORK PHONE ([redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-19-07 Tisha Lee Estep

(Signature in ink)

NAME Tisha Lee Estep

ADDRESS [redacted]

Bridgeport, WV 26330

HOME PHONE ([redacted]

WORK PHONE ([redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 12, 2007 Robert N. Floyd

(Signature in ink)

NAME Robert N. Floyd

ADDRESS [redacted]

Buckhannon, W.V. 26201

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/19/07 Michael B Fortney
(Signature in ink)

NAME Michael B Fortney

ADDRESS [redacted]

Mannington WV 26582

HOME PHONE ([redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-12-07

Benjamin C. Foster Jr.
(Signature in ink)

NAME Benjamin C. Foster, Jr.

ADDRESS [redacted]

Kingwood, WV 26537

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 06/08/2007 Craig A. Friend

(Signature in ink)

NAME Craig A. Friend

ADDRESS [redacted]

Grafton, WV 26354

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE August 9, 2007

Steven D Fritz
(Signature in ink)

NAME Steven D. Fritz

ADDRESS [redacted]

Dumfries VA 22026

HOME PHONE [redacted]

WORK PHONE ([redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE July 6, 2007 Michael A. Gaines

(Signature in ink)

NAME Michael A. Gaines

ADDRESS [redacted]

King George, VA 22485

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7-8-2007 Julian E. Galford

(Signature in ink)

NAME Julian E. Galford

ADDRESS [redacted]

Hepzibah, WV 26369

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 19 July 2007 Matt Scott

(Signature in ink)

NAME Matthew Scott Giles

ADDRESS [redacted]

Louisa, VA 23093

HOME PHONE ([redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7-6-2007 ______________________________

(Signature in ink)

NAME Damian Giraldo

ADDRESS [redacted]

WOODSIDE, NY 11377

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-14-07 [signature]

(Signature in ink)

NAME Stephen Gould

ADDRESS [redacted]

Sanelew WV 26378

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-11-07 [signature]

(Signature in ink)

NAME SHAWN M. GROGG

ADDRESS [redacted]

ARMOORE WV, 26323

HOME PHONE [redacted]

WORK PHONE (__) ________

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/24/07

(Signature in ink)

NAME Stephen W. Hall

ADDRESS [redacted]

Rockville Md 20851

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. § 540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 8, 2007

(Signature in ink)

NAME William J Hall

ADDRESS

[redacted]

Cairo, WV 26337

HOME PHONE (304) [redacted]

WORK PHONE ( ) [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/14/2007 [signature]

(Signature in ink)

NAME Kevin Jacob Harris

ADDRESS [redacted]

Buckhannon, WV 26201

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 29, 2007 Robert L Hatton

(Signature in ink)

NAME Robert L. Hatton

ADDRESS [redacted]

Johnstown, PA 15905

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 30, 2007 — Eileen P. Hayes

(Signature in ink)

NAME Eileen P. Hayes

ADDRESS [redacted]

Stamford CT 06907

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6 · 12 · 07

John J Hays
(Signature in ink)

NAME JOHN J HAYS

ADDRESS [redacted]

SHINNSTON WV 26431

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 12, 2007

Robert John Hazucha
(Signature in ink)

NAME Robert JOHN HAZUCHA

ADDRESS [redacted]

Morgantown, WV 26501

HOME PHONE ([redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 12, 2007 Terry P. Hefner
(Signature in ink)

NAME Terry P. Hefner

ADDRESS [redacted]
Weston, WV. 26452

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 07-02-07 Harley R. Hefner II
(Signature in ink)

NAME Harley R. Hefner II

ADDRESS [redacted]

Martinsburg, WV. 25403

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/09/2007

(Signature in ink)

NAME Lincoln C Helm

ADDRESS [redacted]

Fairmont WV 26554

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 06-15-2007

Timothy R Henry
(Signature in ink)

NAME Timothy R Henry

ADDRESS [redacted]

Morgantown WV, 26501

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 8/15/2007

(Signature in ink)

NAME Heriberto C. Herrera

ADDRESS [redacted]

Staten Island, NY 10314

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 13 Jun 07 [signature]

(Signature in ink)

NAME Charles T. Hillberry Jr.

ADDRESS [redacted]

Fairmont, WV 26554

HOME PHONE (304) [redacted]

WORK PHONE (304) [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-9-07

[signature]
(Signature in ink)

NAME John E. Hittel

ADDRESS [redacted]

Lumberport, WV 26386

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-12-07

Charles Brian Hommema
(Signature in ink)

NAME Charles Brian Hommema

ADDRESS [redacted]

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 11/28/07 Eric Hothan

(Signature in ink)

NAME Eric Hothan

ADDRESS [redacted]

New Hyde Park, N.Y. 11040

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/12/2007 [signature]

(Signature in ink)

NAME DAVID J. HOUGH

ADDRESS [redacted]

BridgePort WV 26330

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 11/1/07

(Signature in ink)

NAME BENJAMIN L HUFF

ADDRESS [redacted]

ALEXANDRIA, VA 22312

HOME PHONE (___) ______

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE AUGUST 6, 2007

[signature]
(Signature in ink)

NAME REGINALD E. HUGHES

ADDRESS [redacted]

ALEXANDRIA, VA 22312

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 07-20-07 Michael A. Jacks

(Signature in ink)

NAME Michael A. Jacks

ADDRESS [redacted]

Windsor Mill, Md. 21244

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 9/6/07 ____________________

(Signature in ink)

NAME Danny K. Johnston

ADDRESS [redacted]

Buckhannon, WV 26201

HOME PHONE [redacted]

WORK PHONE (__) ____________________

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/7/07

(Signature in ink)

NAME Terry L. Johnston

ADDRESS [redacted]

Shinnston, WV 26431

HOME PHONE ([redacted]

WORK PHONE (__)

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 8/3/07 Jacqueline F. (Haynes) Jones

(Signature in ink)

NAME Jacqueline F. (Haynes) Jones

ADDRESS [redacted]

White Plains, MD 20695

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 20 AUGUST 2007 [signature]

(Signature in ink)

NAME DENNIS JORDAN

ADDRESS [redacted]

MECHANICSVILLE, MD 20659

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/7/2007 Bartsel L. Keener

(Signature in ink)

NAME Bartsel L. Keener

ADDRESS [redacted]

Grafton, WV 26354

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE Aug 13, 2006 William L. Key

(Signature in ink)

NAME William Le Roy Key

ADDRESS [redacted]

Clinton, md 20735

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/12/07 [signature]

(Signature in ink)

NAME JEFFREY B King

ADDRESS [redacted]

Rivesville, WV 26588

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE September 3, 2007 George H. Knight

(Signature in ink)

NAME GEORGE H. KNIGHT

ADDRESS [redacted]

LOTHIAN, MARYLAND

20711

HOME PHONE ( [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 8/14/07 [signature] Roy Lee Knight Jr.

(Signature in ink)

NAME Roy Lee Knight Jr.

ADDRESS [redacted]

Knightdale, NC 27545

HOME PHONE ([redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 10-24-2007 Jason M. Kovalck

(Signature in ink)

NAME Jason M. Kovacck

ADDRESS [redacted]

Enterprise, WV 26568

HOME PHONE ([redacted]

WORK PHONE (__) __________

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 07/27/2007 ____________________
(Signature in ink)

NAME Thomas J. LaCrosse

ADDRESS [redacted]
Norristown PA 19403

HOME PHONE ( [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 06/08/07

(Signature in ink)

NAME Kenneth J. Lamoureux

ADDRESS [redacted]

Bridgeport WV 26330

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 12, 2007

(Signature in ink)

NAME Earl Layton

ADDRESS [redacted]

Jane Lew, WV 26378

HOME PHONE ( [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 07/02/2008 Patrick Maher

(Signature in ink)

NAME PATRICK K. MAHER

ADDRESS [redacted]

PARKVILLE, MD 21234

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/12/07 Jacqueline Lissette Marodiaga

(Signature in ink)

NAME Jacqueline Lissette Marodiaga

ADDRESS [redacted]

Bronx, NY 10456

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 25, 2007 ____________________ Thane Lamont Martin

(Signature in ink)

NAME Thane Lamont Martin

ADDRESS [redacted]

Jamaica, NY 11433

HOME PHONE ([redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 06-30-07

(Signature in ink)

NAME James E. Mason

ADDRESS [redacted]

Stafford, VA 22554

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/13/2007 Robert C Mason

(Signature in ink)

NAME Robert C. Mason

ADDRESS [redacted]

Pennsboro WV 26415

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-11-07 Scott E. McIntyre

(Signature in ink)

NAME Scott E McIntyre

ADDRESS [redacted]

Bridgeport, WV 26330

HOME PHONE ( [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE December 12, 2007 William T. Mebane Jr.

(Signature in ink)

NAME WILLIAM T. MEBANE JR.

ADDRESS [redacted]

TAMPA, FL. 33617

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/05/07 Samuel Mercado

(Signature in ink)

NAME Samuel Mercado

ADDRESS [redacted]

Staten Island, NY 10304

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/11/2007 Cindy M. Minigh
(Signature in ink)

NAME Cindy M. Minigh

ADDRESS [redacted]

Lost Creek, WV. 26385

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 12, 2007 Dwight A. M[signature]

(Signature in ink)

NAME Dwight A. Minigh

ADDRESS [redacted]

Lost Creek, WV 26385

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101