# Plaintiffs' Exhibit No. 8 (continued)

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 9/10/2007

Jason R Moore
(Signature in ink)

NAME Jason R Moore

ADDRESS [redacted]

Bumpass, VA 23024

HOME PHONE ([redacted]

WORK PHONE (__) ________

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-11-07

Joshua A. Moore
(Signature in ink)

NAME Joshua A. Moore

ADDRESS [redacted]

Fairmont, WV 26554

HOME PHONE ([redacted]

WORK PHONE ( ) ____________

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 8, 2007 [signature]

(Signature in ink)

NAME Wyatt L. Moore

ADDRESS [redacted]

Fairmont, WV 26554

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-12-2007 Donald C Morgan

(Signature in ink)

NAME DONALD C. MORGAN

ADDRESS [redacted]

BUCKHANNON, WV 26201

HOME PHONE ([redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 08/08/2007

James I. Morgan
(Signature in ink)

NAME James I. Morgan

ADDRESS [redacted]

Frederick MD 21703

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-12-07 Brian L. Murphy

(Signature in ink)

NAME BRIAN L. MURPHY

ADDRESS [redacted]

GRAFTON, WV 26354

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 06/09/2007 James M. Newton
(Signature in ink)

NAME James M. Newton

ADDRESS [redacted]

Grafton, WV 26354

HOME PHONE ([redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/1/07 Christopher W. Newman

(Signature in ink)

NAME Christopher W. Newman

ADDRESS [redacted]

Fredericksburg, VA 22408

HOME PHONE ([redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 06/12/07

(Signature in ink)

NAME Douglas L Nolan

ADDRESS [redacted]

Jacksonburg, WV 26377

HOME PHONE ([redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7-6-07 Bessie L Norman

(Signature in ink)

NAME Bessie L Norman

ADDRESS [redacted]

Fredericksburg Va 22407

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 11, 2007

(Signature in ink)

NAME Bradley E Nuzum

ADDRESS [redacted]

Fairmont, WV

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 8/1/07

(Signature in ink)

NAME John W. Oldaker Jr

ADDRESS [redacted]

Stonewood WV 26301

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/12/07

(Signature in ink)

NAME GREGG A. OLIVERIO

ADDRESS [redacted]

BRIDGEPORT WV 26330

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 11 June 2007 [signature]

(Signature in ink)

NAME Jeffrey L. Owens

ADDRESS [redacted]

Farmington WV 26571

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/7/07

(Signature in ink)

NAME DAVID PACIONE

ADDRESS [redacted]

ASTORIA, N.Y. 11103

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 10/31/07

J E Patricia
(Signature in ink)

NAME JAMES E. PATRICIA

ADDRESS [redacted]

LAVALLETTE, NJ 08735

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/27/07 ______________________

(Signature in ink)

NAME Steven J. Pawlak

ADDRESS [redacted]

Shrewsbury, NJ 07702

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/12/07 [signature]

(Signature in ink)

NAME Jason A. Post

ADDRESS [redacted]

Lost Creek WV 26385

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/29/07 Royal M. Powell Sr.

(Signature in ink)

NAME Royal M. Powell Sr.

ADDRESS [redacted]

Jamaica, N.Y. 11434

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/13/07

Lacy Jo Pratt
(Signature in ink)

NAME Lacy Jo Pratt

ADDRESS [redacted]

Grafton, WV 26354

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/5/07

(Signature in ink)

NAME Brian S Pritchard

ADDRESS [redacted]

Locust Grove, VA 22508

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE August 11, 2007 Brian E. Rebuck

(Signature in ink)

NAME Brian E. Rebuck

ADDRESS [redacted]

Mechanicsville, MD 20659

HOME PHONE ( [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/6/07

(Signature in ink)

NAME Jeffrey Reynoso

ADDRESS [redacted]

Bronx, NY 10468

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-13-07 Richard E Riddles Jr

(Signature in ink)

NAME Richard E Riddles Jr

ADDRESS [redacted]

Rivesville WV 26588

HOME PHONE ( [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 29, 2007

(Signature in ink)

NAME Joseph D. Ritchie, Jr.

ADDRESS [redacted]

Bridgeport, WV 26330

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 07/02/07 Jose A. Rivera

(Signature in ink)

NAME Jose A. Rivera

ADDRESS [redacted]

Spotsylvania VA. 22553

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 07-02-2007 David A. Rocca

(Signature in ink)

NAME DAVID A. ROCCA

ADDRESS [redacted]

STAFFORD, VA 22554

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/12/2007

Joshua W Russell
(Signature in ink)

NAME Joshua W. Russell

ADDRESS [redacted]

Bridgeport, WV 26330

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE July 18, 2007 [signature]

(Signature in ink)

NAME Liesl G. Rutkosky

ADDRESS [redacted]

Dundalk, MD. 21222

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/26/07 Edwin A. Sanch

(Signature in ink)

NAME Edwin A. Sanchez

ADDRESS [redacted]

Kew Gardens NY 11435

HOME PHONE ([redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

A.K.A Lanise K. Gibson

DATE 8-8-07

(Signature in ink)

NAME Lanise K. Scott

ADDRESS [redacted]

Upper Marlboro, Md. 20772

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 14 June 07

(Signature in ink)

NAME James J. Sheets

ADDRESS [redacted]

Fairmont, WV 26554

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE Jun 11, 2007 [signature]

(Signature in ink)

NAME MICHAEL B. SHEFFER

ADDRESS [redacted]

BRIDGEPORT WV 26330

HOME PHONE ([redacted]

WORK PHONE (__) ____________

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 08·11·07 LaCardie M. Simmons

(Signature in ink)

NAME LaCardie M. Simmons

ADDRESS [redacted]

Glen Burnie M.D. 21061

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/12/2007

(Signature in ink)

NAME IZABELA SLAWINSKI

ADDRESS [redacted]

Middletown, NJ 07748

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. 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

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/3/07

(Signature in ink)

NAME Joseph C Smigiel

ADDRESS [redacted]

STATEN ISLAND NY 10314

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-11-07

Joseph E Sokolosky [signature]
(Signature in ink)

NAME Joseph E. Sokolosky Jr

ADDRESS [redacted]

Rachel, WV 26587

HOME PHONE [redacted]

WORK PHONE (__) ________

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/12/07 [signature]

(Signature in ink)

NAME R. SHAWN STAFFORD

ADDRESS [redacted]

MORGANTOWN, WV 26508

HOME PHONE ( [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 08/31/07

(Signature in ink)

NAME Patrick L. Starling

ADDRESS [redacted]

Unionville VA 22567

HOME PHONE ([redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6-12-07

(Signature in ink)

NAME Shawn Strushensky

ADDRESS [redacted]

Philippi WV 26416

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 11, 2007 [signature]

(Signature in ink)

NAME Gary M Sutton Jr

ADDRESS [redacted]

New Milton WV 26411

HOME PHONE ([redacted]

~~WORK~~ PHONE (
Cell

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 20070709 [signature]
(Signature in ink)

NAME Kevin Lee Tagnesky JR

ADDRESS [redacted]

Brooklyn NY 11228

HOME PHONE ( [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE June 30, 2007 [signature]

(Signature in ink)

NAME YIU TAK L. TAO

ADDRESS [redacted]

BROOKLYN, NY 11209

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/3/07

[signature]
(Signature in ink)

NAME Derek Dennis Taylor

ADDRESS [redacted]

Ruther Glen VA 22546

HOME PHONE ([redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 18 June 07 [signature]

(Signature in ink)

NAME Travis N. Tharp

ADDRESS [redacted]

Mount Clare, WV 26408

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 10/10/07

(Signature in ink)

NAME Robert J. Tomatsik

ADDRESS [redacted]

Bridgeport, WV. 26330

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and beli[redacted]

DATE 08/01/07 Julia P Vitale Executor for Christopher V. Vitale
(Signature in ink)

NAME Christopher V Vitale

ADDRESS [redacted]
EDISON NJ. 08817

HOME PHONE [redacted]

~~WORK~~ CELL PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

Frances B. Capandonis
FRANCES B. CAPANDONIS
Notary Public, State of New York
No. 01CA5039308
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Feb. 13, 2011
August 1, 2007

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/14/07 Michael J Walker
(Signature in ink)

NAME Michael Joseph Walker

ADDRESS [redacted]

Clarksburg, WV 26301

HOME PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/2/07 Morgan R Walker

(Signature in ink)

NAME MORGAN R. WALKER

ADDRESS [redacted]

MANASSAS VA 20110

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/1/07

(Signature in ink)

NAME Jeremy Wells

ADDRESS [redacted]

Stafford VA 22554

HOME PHONE ( [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/12/07 Christina L. White

(Signature in ink)

NAME Christina L. White

ADDRESS [redacted]

Fairmont WV 26554

HOME PHONE ( [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/5/07 Anita E. Williams

(Signature in ink)

NAME Anita E. Williams

ADDRESS [redacted]

Severn, Md. 21144

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 7/5/07

J. A. Williams
(Signature in ink)

NAME James A. Williams

ADDRESS [redacted]

Severn, MD. 21144

HOME PHONE [redacted]

WORK PHONE

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 6/9/07 [signature]

(Signature in ink)

NAME Michael A. Wilson

ADDRESS [redacted]

Bridgeport WV 26330

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE 8.9.07

(Signature in ink)

NAME Shannon Wortman

ADDRESS [redacted]

Fredericksburg, Va. 22407

HOME PHONE [redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against the Federal Bureau of Investigation as a Plaintiff to assert claims against it for back pay, future pay, past and future benefits, and interest, for the Federal Bureau of Investigation's failure to pay me in accordance with 28 U.S.C. §540C. Since January 1, 2003, and continuing throughout my employment with the Federal Bureau of Investigation, I have not been paid in accordance with the requirements of 28 U.S.C. §540C.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

DATE JUNE 29, 2007 ______________________

(Signature in ink)

NAME GIL ZIMET

ADDRESS [redacted]

VALLEY COTTAGE, N.Y. 10989

HOME PHONE ([redacted]

WORK PHONE [redacted]

SOCIAL SECURITY NO. [redacted]

**Fax or Mail To:**

Sandra Mazliah, Esq.
Passman & Kaplan, P.C.
1090 Vermont Avenue, N.W., Ste 500
Washington D.C. 20005
FAX: 202-789-0101

# Plaintiffs' Exhibit No. 9

United States Government Accountability Office

GAO

Report to the Chairman, Committee on the Judiciary, House of Representatives

December 2006

# FEDERAL LAW ENFORCEMENT

# Survey of Federal Civilian Law Enforcement Functions and Authorities

GAO

Accountability * Integrity * Reliability

GAO-07-121

Number of LEOs, Federal Job Series Classifications, and Sources of Primary Authorities, as Reported by the 104 Federal Components. Numbers of LEOs are as of June 30, 2006.

| | | LEO personnel information | | Conduct criminal investigations | | Execute search warrants | | Make arrests | | Carry firearms | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Department or nondepartmental entity and component | Law enforcement mission | Job series and title used by component | Number of LEOs | Job series authorized to perform this function | Primary authorities | Job series authorized to perform this function | Primary authorities | Job series authorized to perform this function | Primary authorities | Job series authorized to perform this function | Primary authorities |
| Department of Justice, Federal Bureau of Investigation | The mission of the FBI is to protect and defend the United States against terrorism and foreign intelligence threats, to uphold and enforce the criminal laws of the United States, and to provide leadership and criminal justice services to federal, state, municipal, and international agencies and partners. | 0083--Police Officer | 239 | 0083<br>1811 | 28 U.S.C 533, 40 U.S.C. 1315<br><br>28 C.F.R. 0.85(a)<br><br>Memorandum of Understanding between the FBI Police and the Metropolitan Police Department. | 0083<br>1811 | 18 U.S.C. 3107<br><br>Memorandum of Understanding between the FBI Police and the Metropolitan Police Department. | 0083<br>1811 | 18 U.S.C. 3052, 40 U.S.C. 1315<br><br>Memorandum of Understanding between the FBI Police and the Metropolitan Police Department. | 0083<br>1811 | 18 U.S.C. 3052, 40 U.S.C. 1315 |
| | | 1811--Special Agent | 12,585 | | | | | | | | |

# Plaintiffs' Exhibit No. 10

U.S. Department of Justice
Office of Justice Programs

# Bureau of Justice Statistics
# Bulletin

July 2006, NCJ 212750

# Federal Law Enforcement Officers, 2004

By Brian A. Reaves, Ph.D.
*BJS Statistician*

As of September 2004, Federal agencies employed approximately 105,000 full-time personnel authorized to make arrests and carry firearms in the 50 States and the District of Columbia. Compared with 2002, employment of such personnel increased by 13%.

The survey also found that about 1,500 officers were employed in U.S. Territories, primarily in Puerto Rico (see *Appendix table 1*). No data were obtained on Federal officers stationed in foreign countries.

These findings come from the 2004 Census of Federal Law Enforcement Officers conducted by the Bureau of Justice Statistics (BJS). This was the first such census conducted by BJS since legislation creating the Department of Homeland Security was signed in November 2002.

The 2004 Census covered 65 agencies, including 27 offices of inspector general. The officer counts include supervisory and nonsupervisory personnel with Federal arrest authority who were also authorized (but not necessarily required) to carry firearms while on duty. They exclude officers in the U.S. Armed Forces (Army, Navy, Air Force, Marines, and Coast Guard). Because of classified information restrictions, the CIA and the Transportation Security Administration's Federal Air Marshals are also excluded.

## Highlights

**As of September 2004, about 3 in 4 Federal law enforcement officers working outside the Armed Forces were employed within the Department of Homeland Security or the Department of Justice.**




- Federal officers' duties included criminal investigation (38%), police response and patrol (21%), corrections and detention (16%), inspections (16%), court operations (5%), and security and protection (4%).

- The largest employers of Federal officers were U.S. Customs and Border Protection (CBP) (27,705), Federal Bureau of Prisons (15,214), the FBI (12,242), and U.S. Immigration and Customs Enforcement (ICE) (10,399). Ten other agencies employed at least 1,000 officers.

- The combined officer employment of CBP and ICE in 2004 was 21% greater than the comparable combined totals of the INS, U.S. Customs Service, and Federal Protective Service in 2002.

- Women accounted for 16% of Federal officers in 2004. A third of Federal officers were members of a racial or ethnic minority in 2004. This included 17.7% who were Hispanic or Latino, and 11.4% who were black or African American.

- About half of the Federal officers in the U.S. were employed in Texas (14,633), California (13,365), the District of Columbia (9,201), New York (8,159), or Florida (6,627). New Hampshire and Delaware, with 112 each, had the fewest Federal officers.

- Nationwide, there were 36 Federal officers per 100,000 residents. Outside the District of Columbia, which had 1,662 per 100,000, State ratios ranged from 90 per 100,000 in Arizona to 7 per 100,000 in Iowa.

special agents with investigation and enforcement duties primarily related to counterfeiting, financial crimes, computer fraud, and threats against dignitaries.

Most other Secret Service officers were in the Uniformed Division. These officers provide protection for the White House complex and other Presidential offices, the Main Treasury Building and Annex, the President and Vice President and their immediate families, and foreign diplomatic missions. The Secret Service was moved to DHS from the Treasury Department in 2003.

*Department of Justice*

The Federal Bureau of Prisons (BOP), the second largest employer of Federal officers overall, and the largest in the Justice Department, employed 15,214 correctional officers in September 2004. This was about 900, or 6%, more than in 2002. These officers maintain the security of the Federal Prison System. Their duties include supervising inmates, searching for contraband, and responding to emergencies and disturbances. As of September 2004, BOP institutions had about 153,000 inmates in custody

The BJS census limited the BOP count to correctional officers and others who deal directly with inmates, such as correctional counselors and captains. Most other BOP employees have arrest and firearm authority so they may respond to emergencies and disturbances as needed.

The next largest employer of Federal officers, the FBI, had 12,242 full-time personnel with arrest and firearm authority in 2004. This was about 1,000, or 9%, more than in 2002. Except for 240 FBI police officers, all were special agents, responsible for criminal investigation and enforcement.

Among the FBI's stated top priorities are protecting the U.S. from terrorist attacks and from foreign intelligence operations. Other priorities include combating cyber crime, white-collar crime, violent crime, organized crime, and public corruption. Protecting civil rights also continues to be a priority.

The DEA had an estimated 4,400 employees with arrest and firearm authority in the U.S. as of September 2004. This was about 400, or 10%, more than in 2002. DEA special agents investigate major narcotics violators, enforce regulations governing the manufacture and dispensing of controlled substances, and perform other functions to prevent and control drug trafficking.

The U.S. Marshals Service employed 3,233 officers with arrest and firearm authority in 2004, an increase of about 600, or 22%, over 2002 levels. The Marshals Service receives all persons arrested by Federal agencies and is responsible for their custody and transportation until sentencing. With BOP assistance, it transfers sentenced Federal inmates between facilities.

The Marshals Service also has jurisdiction over Federal fugitive matters concerning escaped prisoners, probation and parole violators, persons under DEA warrants, and defendants released on bond. The agency makes more than half of all Federal fugitive arrests. Other responsibilities include managing the Federal Witness Security and Federal Asset Seizure and Forfeiture Programs, and security for Federal judicial facilities and personnel.

The fifth largest employer in the Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), had 2,373 full-time officers with arrest and firearm authority in 2004, 2% more than in 2002. ATF enforces Federal laws related to alcohol, tobacco, firearms, explosives, and arson. ATF moved to the Department of Justice from the Department of the Treasury in 2003.

*Other Federal agencies employing 500 or more officers*

As of September 2004 the Federal Corrections and Supervision Division of the Administrative Office of the U.S. Courts employed approximately 4,600 probation officers, all of whom have arrest authority. A total of 4,126 were employed in districts where the court authorizes officers to carry firearms while on duty (see the box below).

**Federal probation and pretrial services officers**

As of September 2004 the Administrative Office of the U.S. Courts employed 4,593 probation officers and 607 pretrial services officers. These U.S. district court employees are appointed by the judge they serve. They are supervised by the chief probation officer or chief pretrial services officer in their district.

Federal probation officers supervise offenders placed on probation and supervised release. They also conduct presentence investigations to assess the risk of future criminal behavior, the harm caused by the offense, the need for restitution, and the defendant's ability to pay restitution.

Probation officers have statutory authority to arrest supervisees for a violation; however, under existing policy, they are encouraged to obtain an arrest warrant from the court, which is executed by the Marshals Service.

Federal pretrial services officers investigate defendants charged with an offense and submit reports to the court with recommendations for conditional release or pretrial detention. They also supervise defendants released to their custody and monitor compliance with release conditions the court imposes.

Pretrial officers do not have statutory authority to make arrests. They are required to inform the court and the U.S. attorney of violations which may result in the issuance of an arrest warrant, which the U.S. Marshals Service executes.

If it is allowed in their Federal judicial district, probation officers and pretrial services officers may carry a firearm for defensive purposes while on duty.

Before doing so, they must complete rigorous training and certification requirements, provide objective justification, and be approved to do so on an individual basis. The following districts do not allow any officers to carry a firearm while on duty:

California, Central
Connecticut
Massachusetts
Virgin Islands
Virginia, Eastern
Wisconsin, Eastern
Wisconsin, Western