IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY B. KING, SCOTT A. AUSTEN, KEVIN J. HARRIS, AND JOHN J. HAYS, | ) | |
| Plaintiffs, | ) | No. 07-589C (Judge Hewitt) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO CERTIFY

Pursuant to Rule 7.2 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits this response to plaintiffs' revised motion to certify an opt-in class, which was filed July 23, 2008. Defendant states that it does not have a position on the appropriateness of class certification in this matter, but defers to the Court's judgment as to whether plaintiffs motion to certify a class should be granted. Although we have no reason to challenge plaintiff's motion to certify a class, we wish to emphasize our understanding that certification does not eliminate the requirement for each individual opt-in plaintiffs to establish any entitlement to damages in this case, should the case reach the damages phase.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

August 11, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 11 th day of August 2008, a copy of "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO CERTIFY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore